# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | |
|---|---|
| DANIEL SISK, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>BWS INSPECTION SERVICES, LLC | Civil Action No. 4:21-cv-00087-DC-DF |

### DECLARATION AND REQUEST TO WITHDRAW FROM LAWSUIT

I, Donald Goudge, do hereby declare and state the following:

1. I retained the law firm of Josephson Dunlap, LLP to represent me in an unpaid wage case against my former employer, BWS.

2. After I signed up for this lawsuit, I got a call from Blake Reed about the case.

3. As a result of speaking with Blake Reed, I feel like pursuing the lawsuit would hurt me professionally.

4. I don't want to be put on any blackball list.

5. I do want to continue working in the inspection industry.

6. It is my understanding from that conversation that my reputation would be ruined because my name would be publicized as someone who sues their employer.

7. I have made the personal decision that it would be best for me to withdraw from the lawsuit.

8. I was able to talk with my attorney, Andrew Dunlap, on January 25, 2022.

9. He advised me that withdrawing from the case could result in dismissal of my claims with prejudice – that is I may not be able to bring them in the future.

10. I am signing this document to show that I am requesting to dismiss my claims.

11. I had an opportunity to ask any questions I wanted to ask and Andrew Dunlap answered all my questions.

12. Therefore, I ask the Court with allow me to withdraw from the case.

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed on __Jan 26, 2022__.

_____
Donald Goudge (Jan 26, 2022 11:37 CST)
Donald Goudge