# EXHIBIT 4



# TIMESHEET

**BWS Inspection Services LLC**

604 N MLK JR HWY/PO BOX 1515
Mexia, Tx 76667
254-562-5404/254-562-6570
254-562-6580    Fax
timesheet@bwsservicesllc.com

| | |
|---|---|
| Employee Name | William Russell |
| Pay Period Ends Friday | 9/3/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | |
| Client Supervisor email | |
| **Employee's Signature** | *William Russell* |
| **Supervisor's Approval** | |

**DUE FRIDAY by MIDNIGHT**

| City, State Working In: | EX) Cushing, Oklahoma |
|---|---|

| Date | DAYS WORKED | PER DIEM | MILEAGE | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|
| 8/28/2021 | N | N | 0 | N | |
| 8/29/2021 | N | N | 0 | N | |
| 8/30/2021 | N | N | 0 | N | |
| 8/31/2021 | N | N | 0 | N | |
| 9/1/2021 | N | N | 0 | N | |
| 9/2/2021 | Y | Y | 0 | N | Mobilized to Pasadena to work Holiday wknd Tank 7200 |
| 9/3/2021 | Y | Y | 0 | N | Tank 7100 coated pontoons, also blasting 7200 EFR deck |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS: | 2 | 2 | 0 | 0 | |
| | | | | | |
| | | | | | |
| | | | | | Indicate with an "X" if this is your LAST Time Sheet |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | |

| | |
|---|---|
| Name | William Russell |
| Address | 3915 WEST DAVIS ST |
| City/State/Zip | CONROE TX/77304 |
| Employee Contact Number | 713-228-7689 |
| Employee Email | BILLYRUSSELL123@ICLOUD,COM |

REV 02/09/2020

**TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET**



# TIMESHEET

**BWS Inspection Services LLC**

604 N MLK JR HWY/PO BOX 1515
Mexia, Tx 76667
254-562-5404/254-562-6570
254-562-6580          Fax
timesheet@bwsservicesllc.com

| | |
|---|---|
| Employee Name | William Russell |
| Pay Period Ends Friday | 9/10/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | DARWIN DELGADO |
| Client Supervisor email | DARWIN.DELGADO.JR@OUTLOOK.CC |
| **Employee's Signature** | *William Russell* |
| **Supervisor's Approval** | |

**DUE FRIDAY by MIDNIGHT**

| City, State Working In: | EX) Cushing, Oklahoma |
|---|---|

| Date | DAYS WORKED | PER DIEM | MILEAGE | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|
| 9/4/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/5/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/6/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/7/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/8/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/9/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/10/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS: | 7 | 7 | 0 | 0 | |
| | | | | | |
| | | | | | |
| | | | | | **Indicate with an "X" if this is your LAST Time Sheet** |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | |

| | |
|---|---|
| Name | William Russell |
| Address | 3915 WEST DAVIS ST |
| City/State/Zip | CONROE TX/77304 |
| Employee Contact Number | 713-228-7689 |
| Employee Email | BILLYRUSSELL123@ICLOUD,COM |

REV 02/09/2020

**TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET**



# TIMESHEET

**BWS Inspection Services LLC**

604 N MLK JR HWY/PO BOX 1515
Mexia, Tx 76667
254-562-5404/254-562-6570
254-562-6580       Fax
timesheet@bwsservicesllc.com

| | |
|---|---|
| Employee Name | William Russell |
| Pay Period Ends Friday | 9/17/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | DARWIN DELGADO |
| Client Supervisor email | DARWIN.DELGADO.JR@OUTLOOK.CC |

**Employee's Signature**       *William Russell*

**Supervisor's Approval**

**DUE FRIDAY by MIDNIGHT**

| City, State Working In: | EX) Cushing, Oklahoma |
|---|---|

| Date | DAYS WORKED | PER DIEM | MILEAGE | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|
| 9/11/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/12/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/13/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/14/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/15/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/16/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/17/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS: | 7 | 7 | 0 | 0 | |
| | | | | | |
| | | | | | |
| | | | | **Indicate with an "X" if this is your LAST Time Sheet** | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | |

| | |
|---|---|
| Name | William Russell |
| Address | 3915 WEST DAVIS ST |
| City/State/Zip | CONROE TX/77304 |
| Employee Contact Number | 713-228-7689 |
| Employee Email | BILLYRUSSELL123@ICLOUD,COM |

REV 02/09/2020

TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET



# TIMESHEET

**BWS Inspection Services LLC**

604 N MLK JR HWY/PO BOX 1515
Mexia, Tx 76667
254-562-5404/254-562-6570
254-562-6580      Fax
timesheet@bwsservicesllc.com

| | |
|---|---|
| Employee Name | William Russell |
| Pay Period Ends Friday | 10/1/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | DARWIN DELGADO |
| Client Supervisor email | DARWIN.DELGADO.JR@OUTLOOK.CO |
| **Employee's Signature** | *William Russell* |
| **Supervisor's Approval** | |

**DUE FRIDAY by MIDNIGHT**

| City, State Working In: | EX) Cushing, Oklahoma |
|---|---|

| Date | DAYS WORKED | PER DIEM | MILEAGE | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|
| 9/25/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/26/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/27/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/28/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/29/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 9/30/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| 10/1/2021 | Y | Y | 0 | N | TANK 7200/7100 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS: | 7 | 7 | 0 | 0 | |
| | | | | | |
| | | | | | **Indicate with an "X" if this is your LAST Time Sheet** |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | |

| | |
|---|---|
| Name | William Russell |
| Address | 3915 WEST DAVIS ST |
| City/State/Zip | CONROE TX/77304 |
| Employee Contact Number | 713-228-7689 |
| Employee Email | BILLYRUSSELL123@ICLOUD,COM |

REV 02/09/2020

**TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET**

# TIMESHEET



| | |
|---|---|
| Employee Name | Russell, William F |
| Pay Period Ends Friday | 10/8/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**  _W Russell_
**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Workded | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 10/2/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/3/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-Qc-25300002 |
| 10/4/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/5/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-2530002 |
| 10/6/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/7/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/8/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 7 | 84 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total | $0.00 |

| | |
|---|---|
| Name | Russell, William F |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

# TIMESHEET



| | |
|---|---|
| Employee Name | Russell, William F |
| Pay Period Ends Friday | 10/8/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**Employee's Signature**   *W Russell*

**Supervisor's Signature**

**DUE FRIDAY by MIDNIGHT**

timesheet@bwsservicesllc.com

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Workded | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 10/2/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/3/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-Qc-25300002 |
| 10/4/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/5/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-2530002 |
| 10/6/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/7/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| 10/8/2021 | Yes | 12 | Yes | | | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 7 | 84 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | Total | $0.00 |

| | |
|---|---|
| Name | Russell, William F |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 10/15/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 10/9/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/10/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/11/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/12/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119–CS-25300002 |
| 10/13/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/14/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/15/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 7 | 84 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe      Texas          77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 10/15/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**Employee's Signature**

**Supervisor's Signature**

<mark>DUE FRIDAY by MIDNIGHT</mark>

timesheet@bwsservicesllc.com

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 10/9/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/10/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/11/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/12/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119–CS-25300002 |
| 10/13/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/14/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/15/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 7 | 84 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 10/22/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**

timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/17/2021 | No | | Yes | | | 0 | | | |
| 10/18/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/19/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/20/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/21/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/22/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe      Texas          77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| Employee Name | William F Russell |
|---|---|
| Pay Period Ends Friday | 10/29/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**   _W Russell_

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/24/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 10/25/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/26/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20019-CS-25300002 |
| 10/27/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/28/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 10/29/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 72 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| Name | William F Russell | | |
|---|---|---|---|
| Address | 3915 West Davis St Ste 130 | | |
| City/State/Zip | Conroe     Texas          77304 | | |
| Employee Contact Number | (713) 228-7689 | Is this your final timesheet for BWS? | No |
| Employee Email | billyrussell123@icloud.com | Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| Saturday Comments | |
|---|---|
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 11/12/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 11/6/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/7/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 11/8/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/9/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/10/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/11/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/12/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 72 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe     Texas          77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | More road project |
| Sunday Comments | |
| Monday Comments | More road project |
| Tuesday Comments | More road project |
| Wednesday Comments | More road tank project |
| Thursday Comments | More road tank project |
| Friday Comments | Moore road tank project |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 11/19/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/14/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 11/15/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/16/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 11/17/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/18/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/19/2021 | Yes | 12 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 72 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | Tank farm |
| Monday Comments | |
| Tuesday Comments | Tank farm |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 11/26/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV If Applicable | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/21/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 11/22/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 11/23/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 11/24/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/25/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/26/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| | | | | |
|---|---|---|---|---|
| Name | William F Russell | | | |
| Address | 3915 West Davis St Ste 130 | | | |
| City/State/Zip | Conroe      Texas      77304 | Is this your final timesheet for BWS? | No | |
| Employee Contact Number | (713) 228-7689 | Does this timesheet contain Mob or DeMob Mileage or Time? | No | |
| Employee Email | billyrussell123@icloud.com | | | |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 12/3/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**Employee's Signature**

**Supervisor's Signature**

**DUE FRIDAY by MIDNIGHT**

timesheet@bwsservicesllc.com

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 11/28/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 11/29/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 11/30/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 12/1/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/2/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/3/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas      77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 12/10/2021 |
| Employee Classification | Lead NACE |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**Employee's Signature**

**Supervisor's Signature**

**DUE FRIDAY by MIDNIGHT**

timesheet@bwsservicesllc.com

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV If Applicable | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 12/4/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/5/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 12/6/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 12/7/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-2530002 |
| 12/8/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/9/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/10/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe      Texas      77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 12/24/2021 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**Employee's Signature**

**Supervisor's Signature**

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/19/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 12/20/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/21/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/22/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/23/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/24/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 12/31/2021 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado.jr@outlook.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**

timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | | ATV *If Applicable* | AFE/WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 12/25/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/26/2021 | No | | Yes | | | | 0 | | C-20119-CS-25300002 |
| 12/27/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/28/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/29/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/30/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| 12/31/2021 | Yes | 10 | Yes | | | 0 | 0 | No | C-20119-CS-25300002 |
| | | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe      Texas      77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 1/7/2022 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston Texas |

**Employee's Signature**

**Supervisor's Signature**

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV If Applicable | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 1/1/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/2/2022 | No | | Yes | | | 0 | | C-20119-CS-25300002 |
| 1/3/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/4/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/5/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/6/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/7/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas       77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| Employee Name | William F Russell |
|---|---|
| Pay Period Ends Friday | 1/14/2022 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV If Applicable | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 1/8/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/9/2022 | No | | Yes | | | 0 | | C-20119-CS-25300002 |
| 1/10/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/11/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/12/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/13/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/14/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | Total | $0.00 |

| Name | William F Russell |
|---|---|
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| Is this your final timesheet for BWS? | No |
|---|---|
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| Saturday Comments | |
|---|---|
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 1/21/2022 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 1/15/2022 | Yes | 10 | Yes | | | 0 0 | No | C-20119-CS-25300002 |
| 1/16/2022 | No | | Yes | | | 0 | | C-20119-CS-25300002 |
| 1/17/2022 | Yes | 10 | Yes | | | 0 0 | No | C-20119-CS-25300002 |
| 1/18/2022 | Yes | 10 | Yes | | | 0 0 | No | C-20119-CS-25300002 |
| 1/19/2022 | Yes | 10 | Yes | | | 0 0 | No | C-20119-CS-25300002 |
| 1/20/2022 | Yes | 10 | Yes | | | 0 0 | No | C-20119-CS-25300002 |
| 1/21/2022 | Yes | 10 | Yes | | | 0 0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| Employee Name | William F Russell |
|---|---|
| Pay Period Ends Friday | 1/21/2022 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 1/15/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/16/2022 | No | | Yes | | | 0 | | C-20119-CS-25300002 |
| 1/17/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/18/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/19/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/20/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/21/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| Name | William F Russell |
|---|---|
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| Is this your final timesheet for BWS? | No |
|---|---|
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| Saturday Comments | |
|---|---|
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 1/28/2022 |
| Employee Classification | Coating Inspector |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 1/22/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/23/2022 | No | | Yes | | | 0 | | C-20119-CS-25300002 |
| 1/24/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/25/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/26/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/27/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| 1/28/2022 | Yes | 10 | Yes | | | 0  0 | No | C-20119-CS-25300002 |
| | | | | | | | | |
| Totals: | 6 | 60 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas    77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | No |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | |
| Sunday Comments | |
| Monday Comments | |
| Tuesday Comments | |
| Wednesday Comments | |
| Thursday Comments | |
| Friday Comments | |

# TIMESHEET



| Employee Name | William F Russell |
|---|---|
| Pay Period Ends Friday | 7/29/2022 |
| Employee Classification | Lead Coating |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston Texas |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**   _W.R._

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV if Applicable | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 7/23/2022 | Yes | 10.00 | Yes | | | 0  0 | No | E-22036-CO-25140001 |
| 7/24/2022 | No | | Yes | | | 0 | | E-22036-CO-25140001 |
| 7/25/2022 | Yes | 10.00 | Yes | | | 0  0 | No | E-22036-CO-25140001 |
| 7/26/2022 | Yes | 10.00 | Yes | | | 0  0 | No | E-22036-CO-25140001 |
| 7/27/2022 | Yes | 10.00 | Yes | | | 0  0 | No | E-22036-CO-25140001 |
| 7/28/2022 | Yes | 10.00 | Yes | | | 0  0 | No | E-22036-CO-25140001 |
| 7/29/2022 | Yes | 10.00 | Yes | | | 0  0 | No | E-22036-CO-25140001 |
| | | | | | | | | |
| Totals: | 6 | 60.00 | 7 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | | | |
|---|---|---|---|
| Name | William F Russell | | |
| Address | 3915 West Davis St Ste 130 | | |
| City/State/Zip | Conroe    Texas    77304 | Is this your final timesheet for BWS? | No |
| Employee Contact Number | (713) 228-7689 | Does this timesheet contain Mob or DeMob Mileage or Time? | No |
| Employee Email | billyrussell123@icloud.com | | |

| | | |
|---|---|---|
| Saturday Comments | Siphon | Siphon |
| Sunday Comments | | |
| Monday Comments | Siphon | Pig trolley, stairs and Tank demolition |
| Tuesday Comments | Siphon | Stairs , pig trolley and Tank demolition |
| Wednesday Comments | Siphon | Pig trolley stairs and Tank demolition |
| Thursday Comments | Siphon | Pig trolley stairs and Tank demolition |
| Friday Comments | Siphon | Tank demolition, pig trolley and stairs |

"I understand that Company policy requires that I accurately report all hours that I work and that I submit my timesheet to truthfully reflect the hours of work that I perform.  I hereby attest and verify that the time recorded in this timesheet is truthful and accurate and records all hours that I worked."   

# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 11/11/2022 |
| Employee Classification | Chief I |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 11/5/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/6/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/7/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/8/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/9/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/10/2022 | Yes | 4.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/11/2022 | No | | No | | | 0 | | C-22179-CT-25140001 |
| | | | | | | | | |
| Totals: | 6 | 64.00 | 6 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe   Texas   77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | Yes |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | Kilgore |
| Sunday Comments | Kilgore |
| Monday Comments | Kilgore |
| Tuesday Comments | Kilgore |
| Wednesday Comments | Kilgore |
| Thursday Comments | Kilgore |
| Friday Comments | |

"I understand that Company policy requires that I accurately report all hours that I work and that I submit my timesheet to truthfully reflect the hours of work that I perform.  I hereby attest and verify that the time recorded in this timesheet is truthful and accurate and records all hours that I worked."



# TIMESHEET



| | |
|---|---|
| Employee Name | William F Russell |
| Pay Period Ends Friday | 11/11/2022 |
| Employee Classification | Chief I |
| Client Name | Energy Transfer |
| Client Supervisor | Darwin Delgado |
| Client Supervisor email | Darwin.Delgado@energytransfer.com |
| City, State Working In | Houston |

**DUE FRIDAY by MIDNIGHT**
timesheet@bwsservicesllc.com

**Employee's Signature**

**Supervisor's Signature**

*TIME SHEETS MUST BE IN THE OFFICE BY MIDNIGHT FRIDAY TO AVOID A DELAY IN PAY. RECEIPTS FOR ALL MISCELLANEOUS EXPENSES MUST BE INCLUDED WITH THE TIME SHEET*

| Date | Days Worked | Hours Worked | Per Diem | Beginning Odometer | Ending Odometer | Mileage | ATV *If Applicable* | WBS #/Job Number/Project Name/Remarks |
|---|---|---|---|---|---|---|---|---|
| 11/5/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/6/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/7/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/8/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/9/2022 | Yes | 12.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/10/2022 | Yes | 4.00 | Yes | | | 0 0 | No | C-22179-CT-25140001 |
| 11/11/2022 | No | | No | | | 0 | | C-22179-CT-25140001 |
| | | | | | | | | |
| Totals: | 6 | 64.00 | 6 | | | 0 | 0 | |

**Miscellaneous Expenses**

| Job Number/Project Name | Description | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total | $0.00 |

| | |
|---|---|
| Name | William F Russell |
| Address | 3915 West Davis St Ste 130 |
| City/State/Zip | Conroe    Texas        77304 |
| Employee Contact Number | (713) 228-7689 |
| Employee Email | billyrussell123@icloud.com |

| | |
|---|---|
| Is this your final timesheet for BWS? | Yes |
| Does this timesheet contain Mob or DeMob Mileage or Time? | No |

| | |
|---|---|
| Saturday Comments | Kilgore |
| Sunday Comments | Kilgore |
| Monday Comments | Kilgore |
| Tuesday Comments | Kilgore |
| Wednesday Comments | Kilgore |
| Thursday Comments | Kilgore |
| Friday Comments | |

"I understand that Company policy requires that I accurately report all hours that I work and that I submit my timesheet to truthfully reflect the hours of work that I perform.  I hereby attest and verify that the time recorded in this timesheet is truthful and accurate and records all hours that I worked."

