UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WILLIAM RUSSELL, Individually and for Others Similarly Situated,<br><br>v.<br><br>BWS INSPECTION SERVICES, LLC | Case No. 6:22-CV-00910-ADA-JCM<br><br>Collective Action<br><br>Jury Trial Demanded |

### RUSSELL'S NOTICE OF WITHDRAWAL OF HIS MOTION FOR DISTRIBUTION OF COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)

Russell's Notice of Withdrawal of his Motion for Distribution of Court-Authorized Notice. Doc. 19.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on March 28, 2023.

                                        */s/ Andrew W. Dunlap*
                                        **Andrew W. Dunlap**